UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CHARON,                )<br>         Plaintiff,             )<br>                                )<br>v.                              )<br>                                )<br>COMMISSIONER OF                 )<br>SOCIAL SECURITY,                )<br>         Defendant.            )<br>                                ) | No. 1:17-CV-1124<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  July 16, 2019                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge